```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ALICIA SUAREZ                    :        CIVIL ACTION
ADMINISTRATRIX OF THE ESTATE     :
OF SEAN SUAREZ, AND ON BEHALF    :
OF THE WRONGFUL DEATH            :
BENEFICIARIES                    :
                                 :
          v.                     :
                                 :
CITY OF PHILADELPHIA et al.      :        NO. 10-426
```

                             ORDER

        AND NOW, this 14th day of December, 2011, upon

consideration of the Defendants' Motion for Partial Summary

Judgment (Docket No. 20), the response thereto (Docket No. 25),

and following an oral argument held on December 12, 2011, IT IS

HEREBY ORDERED that the motion is GRANTED.  Judgment is hereby

entered in favor of the defendants on the plaintiff's claim under

the Fourteenth Amendment and 42 U.S.C. § 1983.  The Court will

hold a telephone conference with the parties on January 6, 2012

at 3:30 to discuss scheduling the remainder of this case.

Plaintiff's counsel shall initiate the call.



                         BY THE COURT:



                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.